UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1039-GW-JPRx | Date | June 20, 2023 |
|---|---|---|---|
| Title | *Laura Guzman v. Ford Motor Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on June 19, 2023 [15]. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court sets an order to show re: settlement hearing for September 21, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on September 20, 2023.

:

Initials of Preparer    JG