JS-6

**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone:   (310) 933-4271
Facsimile:    (310) 889-0645

Attorneys for Plaintiff, **LAURA GUZMAN**

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
Elizabeth V. McNulty (SBN 192455)
emcnulty@efsmmlaw.com
Joshua D. Cools (SBN 319531)
jcools@efsmmlaw.com
Colin P. Cronin (SBN 325644)
ccronin@efsmmlaw.com
efsmmfordconsumer@efsmmlaw.com
1 Park Plaza, Suite 500
Irvine, California 92614
Telephone: (949) 301-9463
Facsimile: (949) 966-0706

Attorneys for Defendant, **FORD MOTOR COMPANY**



UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA GUZMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01039-GW-JPR<br><br>*Assigned to the Hon. District Judge George Wu in Courtroom 9D*<br><br>*Magistrate Judge Jean P. Rosenbluth in Courtroom 690*<br><br>[~~PROPOSED~~] **ORDER REGARDING STIPULATION AND ORDER OF DISMISSAL**<br><br>Lawsuit Filed: January 10, 2023<br>Trial Date: Vacated |

- 1 -
**[PROPOSED] ORDER**

# [~~PROPOSED~~] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Stipulation for Dismissal is approved. The entire above-captioned action is dismissed with prejudice in accordance with the terms and conditions of the written Settlement Agreement entered into between the Parties.

Upon the Order of the Court and upon such terms and conditions as the Court deems proper, the District Court retains jurisdiction to enforce and require compliance with the terms of the Settlement Agreement.

Dated: October 11, 2023     By: _____
Honorable Judge George Wu
Judge of the United States District Court

